FILED 28 AUG '26 10:58 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene DIVISION

NOLAN ANTHONY PERKINS
*(Enter full name of plaintiff)*

Plaintiff,

v.

OREGON STATE POLICE
Troper Jonathon Padgett
SGT TODD CU~~4~~SForth
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:26-CV-01799-YY
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: NOLAN ANTHONY PERKINS
Street Address: 101 West 5th Ave
City, State & Zip Code: Eugene OR 97401
Telephone No.: ______

**Defendant No. ~~1~~ 2** Name: Trooper Jonathon Padgett
Street Address: 3565 TRELSTAD AVE SE
City, State & Zip Code: SALEM OR 97317
Telephone No.: ____________________

**Defendant No. ~~2~~ 1** Name: OREGON STATE POLICE
Street Address: 3565 Trelstad AVE SE
City, State & Zip Code: SALEM OR 97317
Telephone No.: ____________________

**Defendant No. 3** Name: SGT TODD CUTSFORTH
Street Address: 3565 TRELSTAD AVE SE
City, State & Zip Code: SALEM OR 97317
Telephone No.: ____________________

**Defendant No. 4** Name: ____________________
Street Address: ____________________
City, State & Zip Code: ____________________
Telephone No.: ____________________

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

US CONSTITUTION AMENDMENT IV

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON or About January 2026 JONAthon PADgett being employed by the Oregon State Police, while acting under the Color of law, did unlawfully sieze my residence in a trailer situated at 26401 Shady Rest Drive, in Veneta, OReGon 97487. He and other officers surrounded my trailer without a warrant and caused me to be restrained from the liberty of movement within and without my property for a period of at least TWO hours. Officers threatended forced entry and Non-lethal force before Capitulation, and Stating they would send me a ticket. I'm Suffering from PTSD, Anxiety, Depression, disassociation disease, Carpal disassociation.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or About April 29th 2026 Jonathon Padgett complicit with SGT Todd Cutsforth being both employed

By the Oregon State Police, and acting under the Color of law did illegally Search my residence without warrant and did seize my Body without any Exception to a warrant as decided by Judge Charles Zennache in Lane County Case Number 26CR23463 on August 20th 2026, when he allowed Suppression of Above evidence from trial. I am Suffering PTSD, Anxiety, Depression, disassociative disease, and Carpal Disassociation

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

[✓] Yes [ ] No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like Immediate injunctive relief from any Conviction stemming from the illegal Search. I would like a Temporary Restraining order or Injunctive order prohibiting Trooper Padgett and Sgt Cutsforth from entering Perkins peninsula including Curtilage of 26701 Shady Rest Drive Veneta OR 97487. I would also like Non-economic damages up to 500,000 as a Jury or Court shall decide. In addition I would like Economic Damages up to 500,000 as the Court and/or Jury should decide.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of August, 2026

(Signature of Plaintiff)

NOLAN ANTHONY PERKINS
L[redacted]C[redacted] # 12247[redacted]
101 West 5th Ave
Eugene OR 97401

PORTLAND OR RPDC 972
26 AUG 2026 PM 5 L

USA ★ FOREVER

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
WAYNE MORSE COURTHOUSE
405 EAST 8th AVE
Eugene OR 97401

LEGAL MAIL

97401-271225